IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

In the matter of:
    ANDREW & DERA PETERSON, )
                                                          ) Bankruptcy No. 02-44477
                Debtors. ) Chapter 7

---

ANDREW PETERSON and )
DERA PETERSON, )
                                                          )
               Appellants, )
v. ) CIVIL ACTION NO. 03-G-0599-E
                                                          )
(not applicable), )
               Appellee. )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
JAMES HENDERSON, )
                                                          )
               Trustee. )

ENTERED
MAY 29 2003

## MEMORANDUM OF DECISION

      This action is on appeal by appellants Andrew and Dera Peterson from a decision entered in this case on the 4th of February 2003, in the United States Bankruptcy Court for the Eastern Division of Alabama, adjudging that the instant cause be transferred to the Middle District of Alabama.

      The court has reviewed the entire file herein, including the transcript of the hearing conducted on February 11, 2003, and the arguments submitted by counsel. There is no clear error in the record. Accordingly, an appropriate order

will be entered affirming the decision of the bankruptcy court.

DONE and ORDERED this 29th day of May 2003.

_____
UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.